# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00211-CV

**PM Management-Killeen III NC, LLC d/b/a Hill Country Rehab and Nursing Center; and Trisun Healthcare, LLC, Appellants**

**v.**

**Georgia Kielman, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 264,725-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants PM Management-Killeen III NC, LLC d/b/a Hill Country Rehab and Nursing Center and Trisun Healthcare, LLC have filed an unopposed motion to dismiss this interlocutory appeal. Appellants have informed the Court that the parties have resolved their dispute and that a motion to dismiss the underlying proceedings has been filed in the district court. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellants' Motion

Filed: December 11, 2014